**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2304**

_____

JACQUELINE LENORLIA TAYLOR,

               Plaintiff - Appellant,

     v.

CVS, INC./CAREMARK,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:16-cv-00171-MHL)

_____

Submitted: April 17, 2018                         Decided: April 27, 2018

_____

Before TRAXLER, KING, and FLOYD, Circuit Judges.

_____

Dismissed and remanded by unpublished per curiam opinion.

_____

Jacqueline L. Taylor, Appellant Pro Se.  Michael Gordon Matheson, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Lenorlia Taylor seeks to appeal the district court's order granting Appellee's motion to dismiss and dismissing her civil complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that Taylor seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Goode v. Cent. Va. Legal Aid Soc'y*, 807 F.3d 619, 629-30 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court for further proceedings.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*

---

[*] We note that Taylor claims she did not receive Appellee's motion to dismiss.